

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

Vinay D. Patel
212.583.2692 direct
212.583.9600 main
646.417.6202 fax
vpatel@littler.com

August 20, 2024

**VIA ECF**

Hon. Loretta A. Preska
U.S. District Judge
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re:   *Ivalee Brown v. Montefiore Health Systems Inc., et al.*, No. 23-cv-7551 (LAP)

Dear Judge Preska:

We represent Defendants Montefiore Health System, Inc. and Miriam Pappo (together "Montefiore Defendants") in the above-referenced action. We write pursuant to Your Honor's Individual Practice 1.E to request an adjournment on consent of all parties of the oral argument for Defendants' motions to dismiss.

The oral argument is currently scheduled for September 5, 2024.  ECF 49. Montefiore Defendants' counsel has a scheduling conflict on this date due to another scheduled court appearance. The parties have conferred and propose the following dates for adjournment: 9/13/24, 9/17/24, and 9/20/24 (afternoon). This is Montefiore Defendants' first request for an adjournment of the oral argument on the motions to dismiss.

We thank the Court for its time and consideration of this request.

Sincerely,

*/s/ Vinay D. Patel*

Vinay D. Patel

```
Oral argument in the above-captioned case is
hereby rescheduled to 10:30 a.m. on September 17,
2024.  The Clerk of the Court shall close docket
entry number 50.

            SO ORDERED.

     Dated:  August 21, 2024
```

_____
LORETTA A. PRESKA, U.S.D.J.

littler.com