```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| IVALEE BROWN,<br><br>                    Plaintiff,<br><br>-against-<br><br>MONTEFIORE HEALTH SYSTEMS,<br>INC., d/b/a MONTEFIORE MEDICAL<br>CENTER, et al.,<br><br>                    Defendants. | No. 23-CV-7551 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As stated on the record at the conference held in the above-captioned case on September 17, 2024, Claims 1 through 12 of Plaintiff's Amended Complaint, (see dkt. no. 17), are hereby dismissed.  The parties shall confer and submit a letter to the Court no later than September 24, 2024, detailing how they wish to proceed on Plaintiff's thirteenth claim, for Defendants Montefiore Health Systems, Inc.'s and Miriam Pappo's alleged failure to accommodate in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

    The Clerk of the Court is respectfully directed to terminate Defendants Corvel Inc. and Mary-Ann LaTour from the docket in the above-captioned case and to close docket entry numbers 30 and 35.

**SO ORDERED.**

Dated:    September 17, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge