UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVALEE BROWN,

                Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEMS, INC., d/b/a MONTEFIORE MEDICAL CENTER, et al.,

                Defendants.

No. 23-CV-7551 (LAP)

ORDER

    The Court is in receipt of the letters filed by Plaintiff and by Defendants Montefiore Health Systems, Inc. and Miriam Pappo regarding the single remaining claim in Plaintiff's Amended Complaint for failure to accommodate pursuant to the Americans with Disabilities Act. (See dkt. nos. 553, 56-57.) The parties shall appear for a conference to discuss next steps at 10:00 a.m. on October 22, 2024.

**SO ORDERED.**

Dated:    October 8, 2024
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge