UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IVALEE BROWN,

           Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEMS, INC., d/b/a MONTEFIORE MEDICAL CENTER, et al.,

           Defendants.

No. 23-CV-7551 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record during the Interim Conference held today, Defendants' Motion to Dismiss Plaintiff's thirteenth cause of action for violation of the Americans with Disabilities Act (ADA) (dkt. no. 53) is granted. The Clerk of the Court shall mark this matter as closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    October 22, 2024
          New York, New York

                                      */s/ Loretta A. Preska*
                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge